# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CRIMINAL 04-00471JMS-01

CASE NAME:        United States of America vs. Tyson A. L. Quisano

ATTYS FOR PLA:    Wes Reber Porter

ATTYS FOR DEFT:   William A. Harrison

U.S.P.O:          Malia Eversole

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 3/9/2006 | TIME: | 9:35 - 10:30 |

COURT ACTION:  Sentencing to Counts 1 and 10 of the Indictment:
Government's Motion for Downward Departure:

Defendant present with counsel William Harrison.

Memorandum of Plea Agreement accepted.
Government's Motion for Downward Departure GRANTED.

Allocution by the defendant.

Imprisonment 54 months as to each of Counts 1 and 10 of the Indictment, such terms to run concurrently.

 Supervised Release 4 years as to each of Counts 1 and 10 of the Indictment, such terms to run concurrently under the following conditions:

1.      That the defendant shall abide by the standard conditions of supervision.

2.      That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.      That the defendant not possess illegal controlled substances (mandatory condition)

Page 2
Criminal 04-00471JMS-01
U.S.A. vs. Tyson A. L. Quisano
March 9, 2006

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the fine of $15,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

9. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Fined $15,000.

Page 3
Criminal 04-00471JMS-01
U.S.A. vs. Tyson A. L. Quisano
March 9, 2006



Special Monetary Assessment $200.

Advised of rights to appeal.

Governments Oral Motion to Dismiss Counts 3 through 9 GRANTED.

RECOMMENDATION: 1) Sheridan, Oregon.  2) Lompoc, California.

That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.

Defendant's Oral Motion for Self Surrender GRANTED.

MITTIMUS:   April 18, 2006 at 10:00 a.m.

Defendant to report for service of sentence at the institution designated by the Bureau of Prisons.

Submitted by:   Dottie Miwa, Courtroom Manager