Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number: 523-7041
Facsimile Number: 538-7579
E-Mail: wharrison@hamlaw.net

Attorney for Defendant
TYSON A.L. QUISANO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00471 (JMS) |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER STAYING** |
| ) | **MITTIMUS UNTIL APRIL 19, 2006** |
| vs. ) | |
| ) | |
| TYSON A.L. QUISANO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION AND ORDER STAYING MITTIMUS UNTIL APRIL 19, 2006

Comes now the UNITED STATES OF AMERICA and Defendant TYSON A.L. QUISANO above named, by and through their respective counsel undersigned, and hereby stipulate and agree to stay mittimus in this matter until April 19, 2006. The Defendant shall surrender to FCI Sheridan, 27072 Ballston Road, P.O. Box 8000, Sheridan, Oregon 97378-9601 **before 10:00 a.m. on April 19, 2006.**.

DATED: Honolulu, Hawaii, April __17__, 2006.

_____
WES REBER PORTER, ESQ
Attorney for:
UNITED STATES OF AMERICA


_____
WILLIAM A. HARRISON, ESQ.
Attorney for Defendant
TYSON A.L. QUISANO


ACKNOWLEDGED AND AGREED:


_____
ALISON G. K. THOM
United States Pretrial Services


**APPROVED AND SO ORDERED:**

_____
HONORABLE J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE
DISTRICT OF HAWAI'I

---

*UNITED STATES OF AMERICA vs. TYSON A.L. QUISANO  04-00471* (JMS);
STIPULATION STAYING MITTIMUS UNTIL APRIL 19, 2006.