AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 30 2008
at 8 o'clock and 50 min A M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 04-00471SOM-01 |
| TYSON A.L. QUISANO<br>"Address is Unknown"<br>(Name and Address of Defendant) | SEALED<br>BY ORDER OF THE COURT |

TO: THE UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER AND ANY CITY AND COUNTY OF HONOLULU LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST TYSON A.L. QUISANO and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Count 1: Conspiracy to distribute methamphetamine, a Schedule II controlled substance
Counts 3 - 10: Knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance

in violation of Title 21 United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), and Title 18 United States Code, Section 2.

| | |
|---|---|
| Walter A.Y.H. Chinn<br>Name and Title of Issuing Officer | Clerk U.S. District Court<br>Title of Issuing Officer |
| _[signature]_<br>Signature of Issuing Officer/Deputy Clerk | December 1, 2004 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at "TO BE DETERMINED"   By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 12/16/04 | _[signature]_ | _[signature]_ |